# Notice Recipients

District/Off: 1128−1          User: admin              Date Created: 05/08/2026
Case: 26−10187               Form ID: 2100B           Total: 3

**Recipients of Notice of Electronic Filing:**
aty        Lacy Robertson        lrobertson@hermandpadgett.com

                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Cynthia Fay Byrd      P. O. Box 148      Chunchula, AL 36521
           Flagship Credit Acceptance, LLC      PO Box 3807      Coppel      TX      75019

                                                                    TOTAL: 2